## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CV10314                                              Purchased/Filed: November 14, 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF

---

*The New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, et al*                                                                 Plaintiff

against

*Satco Construction Corp.*                                                                                            Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____November 20, 2007____, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint and Judges Rules

on

_____Satco Construction Corp._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___28___   Approx. Wt: ___200___   Approx. Ht: ___6'0"___
Color of skin: ___White___   Hair color: ___Brown___   Sex: ___M___   Other: _____

Sworn to before me on this
__24th__ day of _____November, 2007_____

*(signature)*
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

*(signature)*
Jessica Miller

Invoice•Work Order # SP0709764

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**